Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10217−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Prince Turner
  fka Clfton A Turner Jr.
  27A Summit Avenue
  Jersey City, NJ 07304

Social Security No.:
  xxx−xx−3300

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 03/05/2019 and a confirmation hearing on the Modified Plan is scheduled for 04/11/2019 at 8:30 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 5, 2019
JAN: dlr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 19-10217-JKS
Prince Turner                                                      Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2       Date Rcvd: Mar 05, 2019
                              Form ID: 186                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             Prince Turner,    27A Summit Avenue,    Jersey City, NJ 07304
517992356     +720 Boulevard East Condominium Association, Inc.,     c/o Elysa D. Bergenfeld, Esq.,
               Ansell Grimm & Aaron, PC,    214 Carnegie Center, Suite 112,    Princeton, New Jersey 08540-6237
518038147     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517953608     +Boulevard Arms Condo Association,    c/o Jasco Management,    47 Mill Road,
               Jersey City, NJ 07302-3105
517959827    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034)
517953609     +Capital Bank,    110 Gibraltar Road, Suite 130,    Horsham, PA 19044-2302
518004996     +Cascade Funding Mortgage Trust 2017-1,     c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517953610     +Central Credit Services, LLC,    9550 Regency Square Boulevard, Suite 500,
               Jacksonville, FL 32225-8169
517953611     +Cher Serrette,    105 Kennedy Boulevard,    Bayonne, NJ 07002-5224
517953612     +Convergent Outsourcing,    P.O. Box 9004,    Renton, WA 98057-9004
517953613      Credit Acceptance Corp.,    P.O. Box 5070,    Southfield, MI 48086-5070
517953614     +Enhanced Recovery Company, LLC,    P.O. Box 57610,    Jacksonville, FL 32241-7610
517953615     +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517953616     +Greenspoon Marder, P.A.,    100 W. Cypress Creek Road,    Trade Center South, Suite 700,
               Fort Lauderdale, FL 33309-2181
517953619     +Navient,    123 Justison Street, 3rd Floor,    Wilmington, DE 19801-5360
518010886     +Navient Solutions, LLC. on behalf of,    College Assist,    PO BOX 16358,
               St. Paul, MN 55116-0358
517953620      New York Department of Motor Vehicles,     207 Genesee Street, Suite 6,    Utica, NY 13501-2801
517953621     +Specialized Loan Servicing LLC,    8742 Lucent Boulevard, Suite 300,
               Highlands Ranch, CO 80129-2386
517953622     +Stephen Einstein & Associates, P.C.,    39 Broadway, Suite 1250,    New York, NY 10006-3089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517953607     +E-mail/Text: g17768@att.com Mar 06 2019 00:10:30      AT&T,   c/o Bankruptcy,
               4331 Communications Dr, 4th Floor,    Dallas, TX 75211-1300
517953606     +E-mail/Text: djb@ansellgrimm.com Mar 06 2019 00:12:33      Ansell Grimm & Aaron P.C.,
               214 Carnegie Center,    Princeton, NJ 08540-6237
517953617     +E-mail/Text: cio.bncmail@irs.gov Mar 06 2019 00:10:51      Internal Revenue Service,
               P.O. Box 621505,    Atlanta, GA 30362-3005
517953618     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 00:20:11      LVNV Funding LLC,
               c/o Resurgent Capital Services,    P.O. Box 1269,   Greenville, SC 29602-1269
517964313      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 00:20:48      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517983687     +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 00:11:48      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517953623      E-mail/Text: bankruptcy@td.com Mar 06 2019 00:11:37      TD Bank,   32 Chestnut Street,
               Lewiston, ME 04240
517953624      E-mail/Text: BKRMailOps@weltman.com Mar 06 2019 00:11:40      Weltman, Weinberg & Reis C., LPA,
               323 W. Lakeside Avenue, Suite 200,    Cleveland, OH 44113-1009
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2019
                              Form ID: 186             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lawrence   Lofaro    on behalf of Debtor Prince  Turner llofaro@lofaro-headley.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```