| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** | Order Filed on April 16, 2019 by <br> Clerk U.S. Bankruptcy Court <br> District of New Jersey |
| IN RE: <br>     PRINCE TURNER | Case No.:  19-10217 <br><br> Hearing Date:  04/11/2019 <br><br> Judge:  JOHN K. SHERWOOD |

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: April 16, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): PRINCE TURNER

Case No.: 19-10217JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 04/11/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 4/11/2019 of the plan filed on 03/05/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/25/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Prince Turner  
      Debtor

Case No. 19-10217-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db          Prince Turner,     27A Summit Avenue,     Jersey City, NJ    07304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     Cascade Funding Mortgage Trust 2017-1     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     Cascade Funding Mortgage Trust 2017-1     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lawrence Lofaro     on behalf of Debtor Prince Turner llofaro@lofaro-headley.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 5