|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with<br>D.N.J.LBR 9004-1<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on June 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Prince Turner,<br>*FKA* Clifton A. Turner, Jr.,<br><br>                                        Debtor. | Chapter 13<br><br>Case No. 19-10217-JKS<br><br>Hearing Date: June 11, 2020<br><br>Judge John K. Sherwood |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Prince Turner
Case No.: 19-10217-JKS
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for Cascade Funding Mortgage Trust 2017-1 ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The total post-petition arrearage as of June 8, 2020 is **$1,580.58**.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **27A Summit Avenue, City of Jersey City, New Jersey 07304** ("Property") provided that the Debtor complies with the following:

   a. On or before the June 15, 2020 payment, the Debtor shall cure the post-petition arrearage amount by making 1 payment of $1,580.58; and

   b. In addition to the above payments, resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the July 1, 2020 payment and continuing thereon per the terms of the underlying loan; and

   c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Movant under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Movant may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Wayne A. Headley, Jr.* | */s/Gavin N. Stewart* |
| Wayne A. Headley, Jr., Esq. | Gavin N. Stewart, Esq. |
| Lofaro & Headley, LLC | Stewart Legal Group, P.L. |
| 51 Newark St., Ste. 305 | 401 East Jackson Street, Suite 2340 |
| Hoboken, NJ 07030 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-10217-JKS
Prince Turner                                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 15, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db             +Prince Turner,    P.O. Box 984,    Trenton, NJ 08606-0984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Lawrence Lofaro    on behalf of Debtor Prince Turner llofaro@lofaro-headley.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 6