**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.:  19-10217

IN RE:

PRINCE TURNER

Adv. No.:

Hearing Date:

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/20/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
PRINCE TURNER
PO BOX 984
TRENTON, NJ  08606
Mode of Service:  Regular Mail

Attorney for Debtor(s):
LAWRENCE LOFARO
ARNOLD & LOFARO
51 NEWARK ST.
STE. 305
HOBOKEN, NJ  07030
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  August 20, 2021

By:  /S/  Jackie Michaels
     Jackie Michaels