Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10217−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Prince Turner
   fka Clfton A Turner Jr.
   P.O. Box 984
   Trenton, NJ 08606

Social Security No.:
   xxx−xx−3300

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2021
JAN: zlh

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10217-JKS |
| Prince Turner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 09, 2021 | Form ID: 148 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Prince Turner, P.O. Box 984, Trenton, NJ 08606-0984 |
| cr | + | Specialized Loan Servicing LLC as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517992356 | + | 720 Boulevard East Condominium Association, Inc., c/o Elysa D. Bergenfeld, Esq., Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, New Jersey 08540-6237 |
| 518038147 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517953608 | + | Boulevard Arms Condo Association, c/o Jasco Management, 47 Mill Road, Jersey City, NJ 07302-3105 |
| 517953609 | + | Capital Bank, 110 Gibraltar Road, Suite 130, Horsham, PA 19044-2302 |
| 518004996 | + | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517953610 | + | Central Credit Services, LLC, 9550 Regency Square Boulevard, Suite 500, Jacksonville, FL 32225-8169 |
| 517953611 | + | Cher Serrette, 105 Kennedy Boulevard, Bayonne, NJ 07002-5224 |
| 517953616 | + | Greenspoon Marder, P.A., 100 W. Cypress Creek Road, Trade Center South, Suite 700, Fort Lauderdale, FL 33309-2181 |
| 518010886 | + | Navient Solutions, LLC. on behalf of, College Assist, PO BOX 16358, St. Paul, MN 55116-0358 |
| 517953620 | | New York Department of Motor Vehicles, 207 Genesee Street, Suite 6, Utica, NY 13501-2801 |
| 518177251 | + | Sevorra Sampson, 227 Stoneroller Drive, Rosenberg, Texas 77469-1995 |
| 517953621 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517953622 | + | Stephen Einstein & Associates, P.C., 39 Broadway, Suite 1250, New York, NY 10006-3089 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517953607 | + | EDI: ATTWIREBK.COM | Sep 10 2021 00:23:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr, 4th Floor, Dallas, TX 75211-1300 |
| 517953606 | + | Email/Text: djb@ansellgrimm.com | Sep 09 2021 20:21:00 | Ansell Grimm & Aaron P.C., 214 Carnegie Center, Princeton, NJ 08540-6014 |
| 517959827 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 09 2021 20:21:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 518122394 | + | Email/Text: bncmail@w-legal.com | Sep 09 2021 20:21:00 | CarePoint Health, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518122422 | + | Email/Text: bncmail@w-legal.com | Sep 09 2021 20:21:00 | CarePoint Health - Physcan GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517953612 | + | EDI: CONVERGENT.COM | Sep 10 2021 00:23:00 | Convergent Outsourcing, P.O. Box 9004, Renton, WA 98057-9004 |
| 517953613 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 09 2021 20:21:00 | Credit Acceptance Corp., P.O. Box 5070, Southfield, MI 48086-5070 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 148 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 517953614 | + | Email/Text: bknotice@ercbpo.com | Sep 09 2021 20:21:00 | Enhanced Recovery Company, LLC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 517953615 | + | EDI: AMINFOFP.COM | Sep 10 2021 00:23:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517953617 | + | EDI: IRS.COM | Sep 10 2021 00:23:00 | Internal Revenue Service, P.O. Box 621505, Atlanta, GA 30362-3005 |
| 517953618 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 20:35:37 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 517964313 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 20:35:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517953619 | + | EDI: NAVIENTFKASMSERV.COM | Sep 10 2021 00:23:00 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 517983687 | + | EDI: JEFFERSONCAP.COM | Sep 10 2021 00:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517953623 | | EDI: TDBANKNORTH.COM | Sep 10 2021 00:23:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 517953624 | | Email/Text: BKRMailOps@weltman.com | Sep 09 2021 20:21:00 | Weltman, Weinberg & Reis C., LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518122395 | *+ | CarePoint Health, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518914638 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518914639 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 09, 2021 | Form ID: 148 | Total Noticed: 33

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lawrence Lofaro
    on behalf of Debtor Prince Turner llofaro@lofaro-headley.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6